## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GARDNER v. BRAITHWAITE                           Case No.: 20cv2172-MMA(RBB)
                                                 Time Spent:

HON. RUBEN B. BROOKS                             Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| D.N. Brady | Morgan P. Suder |

PROCEEDINGS:    ☐ In Chambers     ☐ In Court     ☒ Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for **June 30, 2021, at 8:30 a.m.**  All parties, counsel, and client representatives shall participate by telephone by dialing in to the Court's teleconference line (dial in number 877-336-1829, access code 1944316).  During the course of the conference, the Court will initiate separate confidential calls with each party.  The Court will use the telephone numbers previously provided by each party unless alternate numbers are provided to the Court in advance of the conference.

Updated settlement conferences briefs shall be submitted to **efile_brooks@casd.uscourts.gov** on or before June 23, 2021.

DATE: February 17, 2021          IT IS SO ORDERED:   _Ruben Brooks_
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge

cc: Judge Anello
    All Parties of Record