# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT GARDNER,<br><br>                                     Plaintiff,<br>v.<br>KENNETH J. BRAITHWAITE,<br><br>                                   Defendant. | Case No. 20-cv-2172-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT OPPOSITION AND REPLY DEADLINES**<br><br>[Doc. No. 33] |

Pending before the Court is Defendant Carlos Del Toro's ("Defendant") motion for summary judgment. *See* Doc. No. 28. On March 16, 2022, Plaintiff Brett Gardner ("Plaintiff") and Defendant filed a joint motion to continue Defendant's motion for summary judgment opposition and reply deadlines. Doc. No. 33. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff must file his opposition, if any, on or before **March 21, 2022**. Defendant must then file his reply, if any, on or before **March 28, 2022**.

As indicated in the Court's prior Order, *see* Doc. No. 32, upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1.d.1 and issue a written ruling in due course.

**IT IS SO ORDERED**.

Dated:  March 16, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge